# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE JOSEPH B., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW H. SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No.: 20CV0250-KSC <br><br> **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 2]** |

On February 2, 2020, plaintiff Jamie Joseph B. commenced an action against Andrew H. Saul, the Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. [Doc. No. 1.] Plaintiff also filed an Application to Proceed with his Complaint in forma pauperis. [Doc. No. 2.] The Application is in the form of an affidavit. [*Id*.]

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).

1

A party need not be completely destitute to proceed in forma pauperis. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, plaintiff's affidavit states that he is unemployed and has limited income and assets. His only income is public-assistance food stamps, totaling $194 per month. [Doc. No. 2, p. 2.] His only asset is $8.08, the combined balance of his checking and savigs accounts . [*Id.*] His monthly expenses total $194, which includes food. [*Id.*, pp. 4-5.] Therefore, the Court finds that plaintiff has submitted an affidavit which sufficiently shows that he lacks the financial resources to pay her filing fee. Accordingly,

IT IS HEREBY ORDERED THAT plaintiff's Application to Proceed with his Complaint in forma pauperis is GRANTED. [Doc. No. 2.]

Dated: February 11, 2020

Hon. Karen S. Crawford
United States Magistrate Judge